Joseph Burdo, as Administrator of the Estate of Minnie Burdo, Deceased, Respondent, *v.* Metropolitan Life Insurance Company, Appellant.

Argued October 19, 1938; decided November 22, 1938.

*Samuel Seabury* and *P. C. Dugan* for appellant.
*James A. Leary* and *Walter A. Fullerton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ.